**Louis SMITH, Appellant, v. STATE, Appellee.**

No. 19762.

Court of Criminal Appeals of Texas.

March 23, 1938.

J. B. Clegg, of Trinity, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft of an automobile is the offense; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

**Nat G. MARTIN, Appellant, v. W. G. MORRIS et al., Appellees.**

No. 10257.

Court of Civil Appeals of Texas. San Antonio.

March 3, 1938.

Rehearing Denied March 30, 1938.

R. M. Bounds, of McAllen, and W. Sale Lewis, of Mission, for appellant.

Strickland, Ewers & Wilkins, R. D. Cox, Jr., and Orville I. Cox, all of Mission; for appellee.

SLATTON, Justice.

The judgment is affirmed on the authorities of Associated Indemnity Corporation et al. v. Gatling, Tex.Civ.App., 75 S.W.2d 294; Richardson v. D. S. Cage Co., 113 Tex. 152, 252 S.W. 747; Bryant et al. v. Spear et al., Tex.Civ.App., 68 S.W.2d 300; First National Bank in Dallas v. Pierce, 123 Tex. 186, 69 S.W.2d 756; Johnson v. Dallas Cooperage & Wooden-ware Co., 120 Tex. 27, 34 S.W.2d 845; Berry v. Pierce Pet. Corp., 120 Tex. 452, 39 S.W.2d 824; Lanford et al. v. Lovett, et al., Tex.Civ.App., 97 S.W.2d 982.

**K. B. AYERS, Plaintiff in Error, v. ALAMO LUMBER COMPANY, Defendant in Error.**

No. 10261.

Court of Civil Appeals of Texas. San Antonio.

March 3, 1938.

Rehearing Denied May 18, 1938.

John T. Spann, of Crystal City, for plaintiff in error.

K. H. Wiseman, of San Antonio, and Johnson & Long, of Carrizo Springs, for defendant in error.

SLATTON, Justice.

Affirmed without written opinion on authority of Associated Indemnity Corporation et al. v. Gatling, Tex.Civ.App., 75 S.W.2d 294.

**GENERAL EXCHANGE INSURANCE CORPORATION et al., Appellants, v. Erven GALLOWAY, Appellee.**

No. 10238.

Court of Civil Appeals of Texas. San Antonio.

March 3, 1938.

Gerald Weatherly, of Falfurrias, for appellants.

J. W. Wilson, of Falfurrias, for appellee.

SLATTON, Justice.

Affirmed without written opinion, on authority of Associated Indemnity Corporation et al. v. Gatling, Tex.Civ.App., 75 S.W.2d 294.